In the Matter of the Probate of the Will of CLARENCE A. BARNES, Deceased. ALICE KEISINGER et al., Appellants; JOSEPH DE SANTO et al., as Executors of CLARENCE A. BARNES, Deceased, Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 284 App. Div. 743; *post,* p. 1216.]

■

In the Matter of STELLA SWIDERGAL, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Motion granted and stay continued pending hearing and determination of appeal. (Order entered on January 13, 1955.)

■

In the Matter of FREDERIC C. BARNS, Respondent, against LEONARD C. MURPHY, Appellant, et al., Defendants.— Motion granted and stay granted pending hearing and determination of appeal.

■

LUKE J. BERGAN et al., Respondents, v. ALLIED HOME IMPROVEMENT COMPANY, Appellant.— Motion granted and appeal dismissed, without costs.

■

In the Matter of ROBERT BOASBERG, Petitioner, against WILLIAM H. MUNSON, as Justice of the Supreme Court of the State of New York, Respondent.— Motion to strike certain allegations from the petition granted in accordance with the following memorandum: Respondent's motion made pursuant to section 1294 of the Civil Practice Act, to strike specified allegations from petitioner's petition in a proceeding under article 78 of the Civil Practice Act, is denied insofar as it seeks to strike the words complained of in paragraph 11 of the petition. In other respects the motion is granted. Paragraphs 8 and 9 of said petition relate to events occurring subsequent to the citation of contempt and are therefore wholly irrelevant. The words sought to be stricken from paragraph 10 are completely irrelevant. Paragraphs 12, 13, and 14 are conclusions of law. Paragraphs 17 and 18 are also irrelevant for the reason that the contempt was punished summarily without a hearing. Respondent's time to serve an answer, objections in point of law, answering affidavits or motions directed to the petition as corrected by the order of this court is extended for a period of twenty days from the date of the order entered herein.

FIRST DEPARTMENT, FEBRUARY, 1955.

(February 1, 1955.)

■

870 FIFTH AVENUE CORPORATION, Respondent, v. DAVID M. SIMON et al., Copartners Doing Business under the Name of SIMON BROTHERS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *post,* p. 935.]